■ GREENPOINT BANK, Respondent, v ROBERT GINYARD, Previously Known as ROB BASE, et al., Defendants, and WILLIAM C. HAMILTON, Appellant. [675 NYS2d 314] —In an action to foreclose a mortgage, the defendant William C. Hamilton appeals from an order of the Supreme Court, Nassau County (Lally, J.), entered September 24, 1997, which, *inter alia*, granted the

plaintiff's motion to vacate its default in seeking to enter a judgment within one year of his default in appearing in the action.

Ordered that the order is affirmed, with costs.

An action is deemed abandoned where a default has occurred and a plaintiff has failed to take proceedings for the entry of a judgment within one year thereafter (*see*, CPLR 3215 [c]). In order to avoid the dismissal of the complaint as abandoned under such circumstances, the plaintiff must offer a reasonable excuse for the delay and demonstrate the merits of the complaint (*see, Richards v Lewis*, 243 AD2d 615; *Ingenito v Grumman Corp.*, 192 AD2d 509, 510; *Manago v Giorlando*, 143 AD2d 646, 647; *Eaves v Ocana*, 122 AD2d 18).

The plaintiff's affirmation of good faith provided a sufficient explanation for its failure to timely seek to enter a default judgment against the appellant (*see, Rivera v Shlagbaum*, 204 AD2d 524; *Ingenito v Grumman Corp., supra; Corbin v Wood Pro Installers*, 184 AD2d 234; *Hinds v 2461 Realty Corp.*, 169 AD2d 629, 632), and its uncontested affidavit of merit established the merits of its complaint (*see, Ingenito v Grumman Corp., supra*, at 510; *Woodward v City of New York*, 119 AD2d 749). Therefore, the plaintiff's motion to vacate the default was properly granted.

The appellant's remaining contentions are without merit. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.